FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

EUGENE BROWN, an individual,

Plaintiff,

v.

JOHN WAYNE CONSTRUCTION CO., a foreign construction company, STEVEN BELDARE, an individual, and LOCAL UNION NO. 72 OF THE OPERATIVE PLASTERERS AND CEMENT MASONS' INTERNATIONAL ASSOCIATION OF THE US & CANADA d/b/a Local Union #72, STEVEN DICKINSON, an individual, and MICHAEL WRIGHT, an individual,

Defendants.

No. 2:26-CV-00285-SAB

**ORDER GRANTING STIPULATED MOTION TO REMAND**

Before the Court is the Parties' Stipulated Motion to Remand, ECF No. 7. Plaintiff is represented by Trevor W. Matthews. Defendants are represented by Garth A. Schlemlein, Shawna M. Lydon, Caitlin J. Kauffman, and Daniel R. Hutzenbiler.

The Parties stipulate and request the matter be remanded to the Spokane County Superior Court. The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion to Remand, ECF No. 7, is **GRANTED**.

2. Plaintiff's Complaint for Damages is **remanded** to Spokane County Superior Court (former Spokane County Superior Court Case No. 26-2-01819-32).

3. Plaintiff's Motion to Remand, ECF No. 3, is **DENIED** as moot.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and mail a certified copy to the Clerk of the Spokane County Superior Court. The District Court Clerk is directed to **CLOSE** the file.

**DATED** this this 9th day of October 2026.

Stan Bastian
Chief United States District Judge